### HUDMON *et al. v.* HILL *et al.*

No. 14303. NOVEMBER 10, 1942.

*John C. Hollingsworth,* for plaintiffs.

*J. Henry Howard* and *C. L. Hilton,* for defendants.

DUCKWORTH, Justice. The ruling by this court that it was reversible error to direct a verdict in favor of the plaintiffs was tantamount to holding that the evidence would have supported a verdict for the defendants. In *Brenner* v. *Wright,* 187 *Ga.* 770 (2 S. E. 2d, 410), it was said: "Since the evidence on the plea of prescription on all three of the appearances of the case in this court is substantially the same, the rulings made by this court on the legal effect of the evidence are now the law of the case." We have here a case where the evidence is not only substantially the same, but is precisely the same; and, as stated by this court in *Dixon* v. *Federal Farm Mortgage Corporation,* 187 *Ga.* 660 (1 S. E. 2d, 732), "It is well settled that a former decision of this court in the same case becomes the law of that case, and can not thereafter, upon a subsequent appeal, be modified or overruled." It follows that the judgment excepted to was authorized by the evidence; and there being no other assignment of error, the judgment is

*Affirmed. All the Justices concur.*